# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANE FRANKLIN,<br><br>   Plaintiff,<br><br>   v.<br><br>R. VILLAGRANA,<br><br>   Defendant. | Case No. 1:13-cv-00858-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO AMEND**<br><br>**(ECF No. 12)** |

Plaintiff Robert Duane Franklin is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed June 3, 2013 pursuant to 42 U.S.C. § 1983.

Plaintiff's original Complaint was dismissed for failure to state a claim, but he was given leave to file an amended pleading. Plaintiff filed his First Amended Complaint on July 15, 2013. The First Amended Complaint has not been screened.

Before the Court is Plaintiff's motion to amend the First Amended Complaint to add inmate appeal documentation. (ECF No. 12.) This motion is denied. Every pleading must be complete within itself. It may not be supplemented by referring to a separately filed document.

Plaintiff previously asked the Court to supplement his First Amended Complaint with material he wanted judicially noticed. (ECF No. 10.) On September 16, 2013, the Court denied that request, but gave Plaintiff leave to file a second amended complaint provided he do so prior to October 21, 2013. (ECF No. 11.) If Plaintiff wishes to incorporate

additional information in a second amended complaint, he may do so on or before October 21, 2013. If he does not file a second amended complaint within that time, the Court will screen his First Amended Complaint.

If Plaintiff chooses to amend, any amended pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . ." Fed. R. Civ. P. 8(a)(2). Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." Ashcroft v. Iqbal, 556 U.S. 662, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009), citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007).

Accordingly, for the reasons state above, it is HEREBY ORDERED THAT:

1. Plaintiff's motion to amend (ECF No. 12) is DENIED as moot, and
2. Should Plaintiff fail to file a second amended complaint by October 21, 2013, the Court will assume he wishes to proceed on the underlying First Amended Complaint.

IT IS SO ORDERED.

Dated:   September 30, 2013        /s/ *Michael J. Seng*
  UNITED STATES MAGISTRATE JUDGE