# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANE FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. VILLAGRANA,<br><br>    Defendant. | Case No. 1:13-cv-00858-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR STATUS**<br><br>**(ECF No. 15)** |

Plaintiff Robert Duane Franklin is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed June 3, 2013 pursuant to 42 U.S.C. § 1983. Plaintiff's original Complaint was dismissed for failure to state a claim. Before his FIRST amended complaint was screened, he filed a Second amended complaint (ECF No. 14. It has not yet been screened.

Before the Court is Plaintiff's request for status and confirmation that his Second amended complaint was received and filed by the Court.

Plaintiff's motion for status (ECF No. 15) is GRANTED. The foregoing reports that status and confirms filing of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:  January 21, 2014          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

1