UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANE FRANKLIN,<br><br>  Plaintiff,<br><br>  v.<br><br>R. VILLAGRANA, et al.,<br><br>  Defendants. | Case No.  1: 13-cv-00858-AWI-MJS (PC)<br><br>ORDER GRANTING, IN PART, AND DENYING, IN PART, PLAINTIFF'S MOTION FOR STATUS AND CONTINUANCE<br><br>(ECF No. 56) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 28 U.S.C. § 1983.  (ECF No. 7.)  The action proceeded on a retaliation claim against Defendants Ruiz and Villagrana.  (ECF Nos. 14 & 17.)  On February 9, 2015, the Magistrate Judge issued Findings and Recommendations to grant Defendants' motions for summary judgment on the ground that Plaintiff had failed to exhaust his administrative remedies (ECF Nos. 37 & 39.) and also granted Defendant Villagrana's motion to strike (ECF No. 48.).  On March 25, 2015, the District Court adopted those Findings and Recommendations and closed the case.  (ECF Nos. 54 & 55.)

Before the Court is Plaintiff's motion for status and for a discovery continuance. (ECF No. 56.)  Plaintiff contends that he objected to the Magistrate Judge's Findings

and Recommendations, but has yet to receive a ruling on those objections.  Therefore, he seeks to extend the discovery deadline.

As noted above, the District Court reviewed the parties' objections to the Magistrate Judge's Findings and Recommendations and issued an order adopting the recommendation to grant Defendants' motions for summary judgment.  (ECF No. 54.)  It appears that Plaintiff has not received that order.  Therefore, the Clerk's Office will be ordered to re-serve a copy of that order on Plaintiff.

Plaintiff also seeks an extension of the discovery cut-off date.  However, this matter is closed and judgment has been entered in favor of Defendants.  (ECF No. 55.)  No further discovery is permissible.  Plaintiff's motion is DENIED.

Based on the foregoing, it is HEREBY ordered that:

1. Plaintiff's motion for status and to extend the discovery cut-off date is GRANTED, in part, and DENIED, in part.  This order provides Plaintiff with the requested status of the case.  The case is closed.  Therefore, Plaintiff's motion for an extension of time to conduct discovery is DENIED.

2. The Clerk's Office shall serve upon Plaintiff a copy of the District Court's adoption of the Magistrate Judge's Findings and Recommendations filed on March 25, 2015.  (ECF No. 54.)

IT IS SO ORDERED.

Dated:   May 6, 2015         /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE